■ HARRY P. MORR, Individually and as State Committeeman (Male) of the Democratic Party of the 5th Assembly District, Kings County, et al., Respondents, *v.* MEADE H. ESPOSITO et al., Appellants.— In an action for an injunction, the appeal is from an order (1) granting a motion enjoining and restraining, *pendente lite,* the appellants and others from doing certain acts, and (2) denying a cross motion for judgment dismissing the complaint and for other relief. Order modified by striking from the second ordering paragraph the words " in all respects " and by striking from subdivisions A and B of said paragraph the words " words ' Regular ' and ' Democratic ' " and by substituting therefor the words " word ' Regular ' ". As so modified, order affirmed, without costs. (Cf. *Gerlach* v. *Andrew Apts.,* 282 App. Div. 830.) Under the peculiar facts and circumstances disclosed here, we do, not believe the appellants should be allowed to use the star, which is the symbol of the Democratic party. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of this court properly made? Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ., concur.

THIRD DEPARTMENT, AUGUST, 1958

(August 8, 1958)

■ In the Matter of LLOYD R. LE FEVER, Petitioner, against LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Respondent.— Appeal dismissed, on the ground that the order appealed from is not appealable. (*Matter of Ryan* [*Hogan*], 306 N. Y. 11; *Matter of Turecamo Contr. Co.,* 260 App. Div. 253.) Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

FIRST DEPARTMENT, SEPTEMBER, 1958

(September 10, 1958)

■ In the Matter of the Arbitration between WILLIAM V. BRADLEY, as President of the International Longshoremen's Association, Ind., Appellant, and GRACE LINE INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between BERNARD AINSBERG, Appellant, and LOUIS AINSBERG, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of BERNARD AINSBERG et al.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of WILLIAM V. BRADLEY, as President of the International Longshoremen's Association, Ind., against GRACE LINE INC.— Motion for stay denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.